UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ASHLEY N. HELLUMS,<br><br>Plaintiff,<br><br>v.<br><br>EXETER FINANCE, LLC,<br><br>Defendant. | Case No. 3:21-cv-00012-JD-MGG<br><br>Honorable John E. DeGuilio |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, ASHLEY N. HELLUMS, and the Defendant, EXETER FINANCE, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, against EXETER FINANCE, LLC, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: June 15, 2021                            Respectfully Submitted,

**ASHLEY N. HELLUMS**              **EXETER FINANCE, LLC**

*/s/ Nathan C. Volheim*                */s/ Alan D. Leeth* (*with consent*)
Nathan C. Volheim (#6302103)        Alan D. Leeth
*Counsel for Plaintiff*                   *Counsel for Defendant*
Sulaiman Law Group, LTD            Burr & Forman, LLP
2500 S. Highland Avenue, Suite 200    420 North 20th Street, Ste. 3400
Lombard, Illinois 60148              Birmingham, Alabama 35203
Phone: (630) 575-8181               Phone: (205) 251-3000
Fax: (630) 575-8188                 Fax: (205) 458-5100
nvolheim@sulaimanlaw.com         aleeth@burr.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Nathan C. Volheim*
Nathan C. Volheim